UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  No. 2:22-CR-110 |
| | ) |
| CHRISTINA BEATY | ) |

## ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 100], in which Judge Wyrick recommends the Court accept Defendant's guilty plea to the charge in Count Two of the Indictment [Doc. 3], adjudge her guilty of that charge, and order that she remain in custody pending her sentencing hearing. Neither party has objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty plea, and Defendant is hereby **ADJUDGED** guilty of Count Two of the Indictment. The Court will defer a decision as to whether to accept or reject the Plea Agreement [Doc. 75] until after it has received a presentence investigation report from the United States Probation Office. Defendant **SHALL** remain in custody pending her sentencing hearing.

So ordered.

ENTER:

                                                          s/J. RONNIE GREER
                                                UNITED STATES DISTRICT JUDGE